UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETSOC, LLC, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br> )<br>MATCH GROUP, INC. )<br>    Defendant. ) | Civil Action No. 2:18-cv-00217-RWS<br><br><br><br>JURY TRIAL DEMANDED |

**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff NETSOC, LLC ("Plaintiff") discloses that it has no parent corporation, and there is no publicly held corporation that owns 10% or more of any stock.  Plaintiff shows as follows:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. NetSoc, LLC
2. Match Group, Inc.
3. Ramey & Schwaller, LLP
4. Norton Rose Fulbright US LLP
5. Caldwell, Cassady & Curry PC

DATED: June 15, 2018

Respectfully submitted,

**Ramey & Schwaller, LLP**

By: /s/ William P. Ramey, III
William P. Ramey, III
Texas Bar No. 24027643

-2-

5020 Montrose Blvd., Suite 750
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for Plaintiff NetSoc, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that this instrument will be served to all counsel of record once the Defendants have filed their Answer.

/s/ William P. Ramey, III
William P. Ramey, III